1  CHARLES S. PAINTER (SBN 89045)
   REGINALD A. DUNN (SBN 192632)
2  ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.
3  100 Howe Avenue, Suite 110 South
   Sacramento, CA   (95825-8201)
4  (916) 483-5181 Telephone
   (916) 483-7558 Facsimile
5
   Attorneys for Defendants THOUSAND TRAILS MANAGEMENT SERVICES,
6  INCORPORATED, a Nevada Corporation; and NATIONAL AMERICAN CORPORATION LP,
   a Delaware limited partnership
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA
                              FRESNO DIVISION
10

11 TIMOTHY CYRUS TOURKAKIS,         )   NO. NO. 1:07-CV-0748-LJO-DLB
                                    )
12        Plaintiff,                )
                                    )   STIPULATION EXTENDING
13 vs.                              )   DEFENDANTS' TIME PROVIDE
                                    )   DECLARATION RE STATUS OF
14 THOUSAND TRAILS MANAGEMENT       )   YOSEMITE LAKES RESORT PER
   SERVICES INCORPORATED, a Nevada  )   SCHEDULING CONFERENCE
15 Corporation; NATIONAL AMERICAN   )   ORDER; AND PROPOSED ORDER
   CORPORATION LP, a business entity of )   THEREON
16 unknown form; YOSEMITE LAKES     )
   RESORT, a business entity of unknown )
17 form; and DOES 1 through 50, inclusive, )
                                    )
18        Defendants.               )
   _____)

19        COME NOW, Rachel M. Pusey, of the Dolan Law Firm, attorney for plaintiff TIMOTHY

20 CYRUS TOURKAKIS, and Charles S. Painter of the law firm of Ericksen, Arbuthnot, Kilduff, Day

21 & Lindstrom, attorney for the defendants THOUSAND TRAILS MANAGEMENT SERVICES,

22 INCORPORATED, a Nevada Corporation; and NATIONAL AMERICAN CORPORATION LP,

23 a Delaware limited partnership, and stipulate per Local Rule 83.143 to extend the time for

24 Defendants, THOUSAND TRAILS MANAGEMENT SERVICES, INCORPORATED, a Nevada

25 Corporation; and NATIONAL AMERICAN CORPORATION LP, a Delaware limited partnership,

26 to provide Plaintiff, TIMOTHY CYRUS TOURKAKIS, a declaration in writing regarding Yosemite

27 Lakes' entity status pursuant to the Scheduling Conference Order of November 5, 2007.

28

Good cause exists for an extension on the following grounds. At this time, due to the calendar of defense counsel, defendants have been unable to secure this declaration.

IT IS HEREBY STIPULATED that defendants may have up to December 3, 2007, to provide to Plaintiff, TIMOTHY CYRUS TOURKAKIS, a declaration in writing regarding Yosemite Lakes' entity status pursuant to the Scheduling Conference Order of November 5, 2007.

DATED:   November 19, 2007
THE DOLAN LAW FIRM

/s/ Rachel Pusey, Esq.  (as authorized on 11/19/07)

By: _____
RACHEL M. PUSEY
Attorneys for Plaintiff, TIMOTHY CYRUS TOURKAKIS
78 First Street
San Francisco, CA 94105
(415) 421-2800 Telephone
(415) 421-2830 Facsimile
rachel@cbdlaw.com

DATED:   November 19, 2007
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

/s/ Charles S. Painter

By: _____
CHARLES S. PAINTER
Attorneys for Defendants THOUSAND TRAILS MANAGEMENT SERVICES and NATIONAL AMERICAN CORPORATION
100 Howe Avenue, Suite 110 South
Sacramento, CA   95825-8201
(916) 483-5181 Telephone
(916) 483-7558 Facsimile
cpainter@eakdl.com

IT IS SO ORDERED.

**Dated:   November 19, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

STIP TO EXTEND TIME TO PROVIDE DECLARATION
07-056/PLEADING.017
CSP:RAD:ep                                    2