**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY CYRUS TOURKAKIS, | CASE NO. CV-F-07-748 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT YOSEMITE LAKES RESORT** |
| v. | |
| THOUSAND TRAILS MANAGEMENT, SERVICES, INC., et al, | |
| Defendants. / | |

On December 4, 2007, Plaintiff Timothy Cyrus Tourkakis ("Plaintiff") filed a Notice of Voluntary Dismissal dismissing Defendant Yosemite Lakes Resort from this action. Pursuant to Fed. R. Civ. P. 41(a), Defendant Yosemite Lakes Resort is dismissed without prejudice from this action.

IT IS SO ORDERED.

**Dated:   December 5, 2007**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1