1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9    TIMOTHY CYRUS TOURKAKIS,                CASE NO. CV F 07-0748 LJO DLB

10                    Plaintiff,             **ORDER AFTER SETTLEMENT**

            vs.
11
     THOUSAND TRAILS MANAGEMENT
12   SERVICE, INC, et al.,

13                    Defendants.
     _____/
14

15          The parties have informed this Court that settlement of this action has been reached.  Pursuant

16   to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than March 7, 2008, to file

17   papers to dismiss this action in its entirety.

18          This Court VACATES all court dates and pending matters, including the January 7, 2009 pretrial

19   conference and the February 9, 2009 trial.

20          Failure to comply with this order may be grounds for the imposition of sanctions on any and all

21   counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

22          IT IS SO ORDERED.

23   **Dated:    February 8, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE
24

25

26

27

28