UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CYRUS TOURKAKIS,<br><br>                Plaintiff,<br>     vs.<br><br>THOUSAND TRAILS MANAGEMENT<br>SERVICE, INC, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. CV F 07-0748 LJO DLB<br><br>**ORDER TO EXTEND DISMISSAL FILING** |

   This Court GRANTS the parties an extension to April 5, 2008 to file papers to dismiss this action in its entirety.

   IT IS SO ORDERED.

**Dated:   February 21, 2008**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE