IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CYRUS TOURKAKIS, | CASE NO. CV F 07-0748 LJO DLB |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| v. | |
| THOUSAND TRAILS MANAGEMENT, SERVICES, INC., et al, | |
| Defendants. / | |

This Court's February 11, 2008 order required the parties, no later than March 7, 2008, to file papers to dismiss this action in its entirety. At plaintiff's request, this Court issued its February 21, 2008 order to extend to April 5, 2008 the deadline to dismiss this action. The parties have failed to comply with the February 21, 2008 order. As such, this Court ORDERS the parties, no later than April 17, 2008, to file and serve papers to show cause why sanctions should not be imposed upon the parties and/or their counsel for failure to dismiss timely this action. This Court will discharge this order to show cause if, no later than April 16, 2008, the parties dismiss this action in its entirety.

IT IS SO ORDERED.

**Dated:   April 10, 2008**          /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE

1