IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CYRUS TOURKAKIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>THOUSAND TRAILS MANAGEMENT SERVICES, INC., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-0748 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 30.) |

Based on the parties' recently filed stipulation to dismiss this action, this Court:

1. DISMISSES this action with prejudice;

2. VACATES and DISCHARGES all pending matters, including the April 10, 2008 order to show cause; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 11, 2008**             /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

1